UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**3515-3585 Monroe Street LLC,** a Delaware Limited Liability Company

    Defendant.

Case: No.4:21-CV-07706-SBA

**ORDER GRANTING JOINT STIPUATLION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including February 15, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 3/2/2022

*Saundra B. Armstrong* RS
**RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG**
UNITED STATES DISTRICT JUDGE